**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**


**XCOAL ENERGY & RESOURCES,**

    **Plaintiff,**        **Case No. 2:22-mc-00079**

**v.**

**BLUESTONE ENERGY SALES**
**CORPORATION, SOUTHERN COAL**
**CORPORATION; and JAMES J. JUSTICE, II**

    **Defendants.**

**And**

**THE BANK OF MONROE,**

    **Suggestee.**


**<u>VERIFIED ANSWER TO SUGGESTION</u>**

1.  The Bank of Monroe, a West Virginia banking corporation, Suggestee herein, was served with a Summons and Suggestion in the above-captioned matter requiring it to serve upon Plaintiff an Answer to said Suggestion.

2.  At the time of the receipt of this said Summons, The Bank of Monroe had one account in its possession and control belonging to Defendant, James C. Justice, II, totaling $5,209.09, which includes money derived from social security benefits.

3.  The balance of the account on the day of service of the Summons was less than two months' benefits from social security.

4866-9935-2216.v1

4.      According to Title 31 of the Code of Federal Regulations, a financial institution is prohibited from distributing more than two months' worth of federal benefits from a banking client's account.

5.      Therefore, because there is not more than two months' worth of federal benefits contained within this account, The Bank of Monroe, pursuant to federal law, is prohibited from holding or distributing any of these said funds at this time.

WHEREFORE, having fully answered, the Bank of Monroe prays that it be dismissed from this action with its costs in its behalf expended, and further prays that if this Court orders said sums to be paid to the Plaintiff or any other person, the Bank shall be discharged from all liability therefor to said Plaintiff and shall also be discharged from all liability therefore to said Defendants or any other person.

Respectfully submitted,

**THE BANK OF MONROE**

By Counsel

*/s/ Jessica L. Robey*
Charles D. Dunbar (WVSB #1071)
Jessica L. Robey (WVSB #13136)
Jackson Kelly, PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Counsel for Suggestee*

4866-9935-2216.v1

## VERIFICATION

STATE OF WEST VIRGINIA,

COUNTY OF _Greenbrie_ , to-wit:

James L. King being by me first duly sworn, upon his oath, says that he is the President

and CEO of The Bank of Monroe, the Suggestee named in the foregoing Suggestion, and that he

has read the foregoing Answer to the Suggestion, and that the facts and allegations contained

therein are true and correct to the best of his knowledge and belief.

_James L. King_

James L. King

Taken, subscribed and sworn to before me by James L. King, President and CEO of the

Bank of Monroe on __22__ day of December, 2023.

My commission expires ___July 18, 2027___ .

_J Michele Morgan_

Notary Public

OFFICIAL SEAL
Notary Public, State of West Virginia
J MICHELE MORGAN
THE BANK OF MONROE
3268 JEFFERSON ST. N
LEWISBURG, WV 24901
My Commission Expires JULY 18, 2027

4866-9935-2216.v1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**XCOAL ENERGY & RESOURCES,**

        **Plaintiff,**                    **Case No. 2:22-mc-00079**

**v.**

**BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION; and JAMES J. JUSTICE, II**

        **Defendants.**

**And**

**THE BANK OF MONROE,**

        **Suggestee.**

## CERTIFICATE OF SERVICE

I, Jessica L. Robey, counsel for The Bank of Monroe, do hereby certify that on this 28th day of December, 2023, I served a true and exact copy of the foregoing *Verified Answer to Suggestion* using the CM/ECF system, which will send notification of such filing to the following individuals and counsel of record:

Bluestone Energy Sales Corporation
302 S. Jefferson Street
Roanoke, Virginia 24011

Southern Coal Corporation
c/o James C. Justice, III
302 S. Jefferson Street
Roanoke, Virginia 24011

James C. Justice, II
264 Dwyer Lane
Lewisburg, WV 24901

4866-9935-2216.v1

James C. Walls, III
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
*Counsel for Plaintiff Xcoal Energy & Resources*


Dated: December 28, 2023.



                                              */s/ Jessica L. Robey*
                                              Jessica L. Robey (WVSB #13136)

4866-9935-2216.v1